BRYAN SCHRODER
United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) ) | COUNT 1-2: |
| v. | ) ) ) | FELON IN POSSESSION OF FIREARM AND AMMUNITION Vio. of 18 U.S.C. §§ 922(g)(1) and |
| TRISTAN GRANT, a/k/a "Goo," | ) ) | 924(a)(2) |
| Defendant. | ) ) ) ) ) | CRIMINAL FORFEITURE ALLEGATION 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

Between a date unknown to the Grand Jury, but no later than on or about November 15, 2018, and on or about December 13, 2018, within the District of Alaska, the defendant, TRISTAN GRANT, a/k/a "Goo," having been convicted of crimes

punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, to wit,

1. A Glock 10mm caliber pistol, Model 29GEN4; and
2. 12 rounds of 10mm ammunition.

## COUNT 2

Between on or about December 7, 2018, and on or about December 13, 2018, within the District of Alaska, the defendant, TRISTAN GRANT, a/k/a "Goo," having been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, to wit,

1. an IO Inc. 7.62x39 caliber M214 Nano pistol; and
2. 20 rounds of 7.62x39 ammunition.

## Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| November 7, 2003 | Sale of Drugs on or near School Property | Spotsylvania Circuit Court, Spotsylvania County, Virginia | 177CR0300145200 |
| August 15, 2006 | Attempted Robbery | Spotsylvania Circuit Court, Spotsylvania County, Virginia | 177CR0500159800 |
| August 8, 2011 | Possession of a Controlled Substance 4 | Superior Court for the State of Alaska, Third Judicial District | 3AN-11-7467 |

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| May 21, 2012 | Assault 3 | Superior Court for the State of Alaska, Third Judicial District | 3AN-11-10541 |
| April 17, 2013 | Possession of a Controlled Substance with the Intent to Distribute | Federal District Court, District of Alaska | 3:12-cr-00063-SLG |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as set forth in Counts 1 and 2 of this Indictment, the defendant, TRISTAN GRANT, a/k/a "Goo," shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following,

1. A Glock 10mm caliber pistol, Model 29GEN4, serial number BCNA440;
2. 12 rounds of 10mm ammunition;
3. an IO Inc., 7.62x39 caliber M214 Nano pistol, serial number S034347; and
4. 20 rounds of 7.62x39 ammunition.

//

//

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:     1/15/19