(Rev 3/18)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# WITNESS LIST

Case No.: **3:19-cr-00003-RRB**  Judge: **RALPH R. BEISTLINE**

Title: **U.S.A.**
vs. **TRISTAN GRANT**

Dates of Hearing/Trial: **April 12 through 14, 2021**
Deputy Clerk: **CAMILLE WHITE / HOLLY RHODEN**
Official Reporter: **SONJA L. REEVES**

## WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 4/12/2021 | 9:08:31 AM | 11:50:22 AM | W-1 | SHARON COOPER | PLT |
| 4/12/2021 | 1:00:09 PM | 4:36:35 PM | W-2 | AJELA AKESI IYAKARMEYA BANKS | PLT |
| 4/13/2021 | 8:37:42 AM | 10:28:26 AM | W-2 | AJELA AKESI IYAKARMEYA BANKS | PLT |
| 4/13/2021 | 10:30:41 AM | 10:46:46 AM | W-3 | SETH MCMILLAN | PLT |
| 4/13/2021 | 10:49:07 AM | 11:15:56 AM | W-4 | LISA WATSON | PLT |
| 4/13/2021 | 11:18:22 AM | 1:40:52 PM | W-5 | K.C. | PLT |
| 4/13/2021 | 1:42:34 PM | 1:50:17 PM | W-6 | DARYL ALLISON | PLT |
| 4/13/2021 | 2:00:35 PM | 2:25:09 PM | W-7 | J.S. | PLT |
| 4/13/2021 | 2:49:56 PM | 3:47:37 PM | W-8 | JOLENE GOEDEN | PLT |
| 4/13/2021 | 3:48:34 PM | 3:57:04 PM | W-9 | MONTE HERNANDEZ | PLT |
| 4/13/2021 | 3:58:47 PM | 4:45:24 PM | W-10 | LEONARD TORRES | PLT |
| 4/14/2021 | 8:47:55 AM | 9:54:43 AM | W-10 | LEONARD TORRES | PLT |