# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
## EXHIBIT LIST OF PLAINTIFF

----------------------------------------------------------------

**Case No.: 3:19-cr-00003-RRB**                    Judge: RALPH R. BEISTLINE

**Title:** U.S.A.

**vs.** **TRISTAN GRANT**

**Dates of Hearing/Trial:** April 12 through 14, 2021

**Deputy Clerk:**        **CAMILLE WHITE/ HOLLY RHODEN**

**Official Reporter:**        **SONJA REEVES**

| Attorney for Plaintiff |
|---|
| KYLE FREDERICK REARDON |
| JENNIFER LOWE IVERS |
|  |

### EXHIBITS

----------------------------------------------------------------

| EX# | ID | ADM | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 1 | X | 4/13/2021 | BIRTH CERTIFICATE K.C. |
| 2 | X | 4/13/2021 | BIRTH CERTIFICATE J.S. |
| 3 | X | 4/12/2021 | ADULTLOOK.COM ADS |
| 4 | X | 4/13/2021 | BLUE DUFFEL BAG / K.C. ITEMS INSIDE |
| 5 | X | 4/13/2021 | PHOTO- DUFFEL BAG |
| 6 | X | 4/13/2021 | PHOTO- DUFFEL BAG W/ AIRLINE TAG |
| 7 | X | 4/13/2021 | CONTENTS OF BLUE DUFFEL BAG |
| 8 | X | 4/13/2021 | PHOTO- DUFFEL BAG W/ CONTENTS |
| 9 | X | 4/13/2021 | PILL BOTTLE RIPERIDONE – J.S. |
| 10 | X | 4/13/2021 | PILL BOTTLE ON SHELF. |
| 12 | X | 4/13/2021 | PHOTO SILVER IPHONE |
| 12.1 | X |  | CELLBRITE FOR SILVER IPHONE |
| 12.2 | X | 4/12/2021 | SILKY NUDE PIC FOR ADULTLOOK.COM AD |
| 12.3 | X | 4/12/2021 | SILKY FACE PIC FOR ADULTLOOK.COM AD |
| 12.4 | X | 4/12/2021 | PHOTO BANKS W/ J.S. AND K.C |
| 12.5 | X | 4/12/2021 | PHOTO BANKS W/ J.S. |

**CONTINUATION**
**EXHIBIT LIST OF PLAINTIFF**

**Case No: 3:19-cr-00003-RRB**                    **Judge: RALPH R. BEISTLINE**

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 12.6 | X | 4/12/2021 | VIDEO – W/ CONTRABAND IMAGE |
| 12.6.1 | X | 4/13/2021 | VIDEO – W/ CONTRABAND IMAGE- SCREEN CAPTURE |
| 12.7 | X | 4/12/2021 | VIDEO – W/ CONTRABAND IMAGE |
| 12.7.1 | X | 4/13/2021 | VIDEO – W/ CONTRABAND IMAGE- SCREEN CAPTURE |
| 12.8 | X | 4/12/2021 | VIDEO – W/ CONTRABAND IMAGE |
| 12.8.1 | X | 4/13/2021 | VIDEO – W/ CONTRABAND IMAGE—SCREEN CAPTURE |
| 12.9 | X | | TEXT MSG |
| 12.10 | X | 4/12/2021 | EXCERPT OF TEXT MSGS BANKS & GRANT |
| 12.12 | X | 4/12/2021 | EXCERPT OF TEXT MSGS BANKS & GRANT |
| 12.13 | X | 4/12/2021 | EXCERPT OF TEXT MSGS BANKS & GRANT |
| 12.14 | X | 4/12/2021 | EXCERPT OF TEXT MSGS BANKS & GRANT |
| 12.15 | X | 4/12/2021 | EXCERPT OF TEXT MSGS BANKS & GRANT |
| 12.16 | X | 4/12/2021 | EXCERPT OF TEXT MSGS BANKS & GRANT |
| 13 | X | | SNAPCHAT RETURN – GINGERBREAD SLIM |
| 13.2 | X | 4/13/2021 | SNAPCHAT VIDEO – GINGERBREAD SLIM |
| 13.4 | X | 4/12/2021 | SNAPCHAT VIDEO |
| 13.5 | X | 4/12/2021 | SNAPCHAT VIDEO |
| 13.10 | X | 4/13/2021 | SNAPCHAT VIDEO |
| 13.11 | X | 4/13/2021 | SNAPCHAT VIDEO |
| 13.13 | X | 4/132021 | SNAPCHAT VIDEO |
| 13.15 | X | 4/12/2021 | SNAPCHAT VIDEO |
| 13.17 | X | 4/12/2021 | SNAPCHAT VIDEO |
| 13.18 | X | 4/12/2021 | SNAPCHAT VIDEO |
| 13.19 | X | 4/12/2021 | SNAPCHAT VIDEO |
| 13.20 | X | 4/14/2021 | SNAPCHAT VIDEO |
| 13.20.1 | X | 4/14/2021 | SNAPCHAT VIDEO -SCREEN CAPTURE |

**CONTINUATION**
**EXHIBIT LIST OF PLAINTIFF**

**Case No: 3:19-cr-00003-RRB**                    **Judge: RALPH R. BEISTLINE**

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|-----|----|----|------------------------|
| 16 | X | | SNAPCHAT VIDEO |
| 16.1 | X | 4/13/2021 | SNAPCHAT VIDEO |
| 16.2 | X | 4/13/2021 | SNAPCHAT VIDEO |
| 16.3 | X | 4/13/2021 | SNAPCHAT VIDEO |
| 16.4 | X | 4/13/2021 | SNAPCHAT VIDEO |
| 16.13 | X | 4/13/2021 | EMAIL- HOCKEY PLAYER |
| 17 | X | 4/12/2021 | PHONE |
| 17.2 | X | 4/13/2021 | DVD CONTAINING CONTRABAND |
| 17.2.1 | X | 4/13/2021 | SCREEN CAPTURE |
| 17.8 | X | 4/13/2021 | PHOTO |
| 19 | X | 4/12/2021 | GRANT'S CAMERA |
| 19.1 | X | 4/13/2021 | MICRO SD CARD |
| 19.3 | X | 4/13/2021 | DVD CONTAINING CONTRABAND |
| 19.3.1 | X | 4/13/2021 | SCREEN CAPTURE |
| 19.4 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.4.1 | X | 4/13/2021 | SCREEN CAPTURE |
| 19.5 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.5.1 | X | 4/13/2021 | SCREEN CAPTURE |
| 19.6 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.6.1 | X | 4/13/2021 | SCREEN CAPTURE |
| 19.7 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.7.1 | X | 4/13/2021 | SCREEN CAPTURE |
| 19.8 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.8.1 | X | 4/13/2021 | SCREEN CAPTURE |
| 19.9 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.9.1 | X | 4/13/2021 | SCREEN CAPTURE |

# CONTINUATION
## EXHIBIT LIST OF PLAINTIFF

**Case No: 3:19-cr-00003-RRB**                    **Judge: RALPH R. BEISTLINE**

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 19.10 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.10.1 | X | 4/13/2021 | SCREEN CAPTURE |
| 19.11 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.11.1 | X | 4/13/2021 | SCREEN CAPTURE |
| 19.12 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.12.1 | X | 4/12/2021 | SCREEN CAPTURE |
| 19.13 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.13.1 | X | 4/12/2021 | SCREEN CAPTURE |
| 19.14 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.14.1 | X | 4/12/2021 | SCREEN CAPTURE |
| 19.15 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.15.1 | X | 4/12/2021 | SCREEN CAPTURE |
| 19.16 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.16.1 | X | 4/12/2021 | SCREEN CAPTURE |
| 19.17 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.17.1 | X | 4/12/2021 | REDACTED SCREEN GRAB |
| 19.18 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.18.1 | X | 4/12/2021 | REDACTED SCREEN GRAB |
| 19.19 | X | 4/12/2021 | DVD CONTAINING CONTRABAND |
| 19.19.1 | X | 4/12/2021 | REDACTED SCREEN GRAB |
| 20 | X | 4/12/2021 | HOMEWOOD SUITE RECEIPT |
| 20CERT | X | 4/12/2021 | CERTIFICATE |
| 21.1 | X | 4/13/2021 | VIDEO |
| 21.2 | X | | VIDEO |
| 21.3 | X | | VIDEO |
| 21.4 | X | | VIDEO |

**CONTINUATION**
**EXHIBIT LIST OF PLAINTIFF**

Case No: **3:19-cr-00003-RRB**                    Judge:  **RALPH R. BEISTLINE**

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 21.5 | X | | VIDEO |
| 21.6 | X | | VIDEO |
| 21.7 | X | | VIDEO |
| 21.8 | X | | VIDEO |
| 21.9 | X | | VIDEO |
| 21.10 | X | | VIDEO |
| 21.11 | X | | VIDEO |
| 21.12 | X | | VIDEO |
| 22 | X | 4/13/2021 | PHOTO- JEEP |
| 23 | X | 4/13/2021 | PHOTO- CAMERA BAG- BACKSEAT |
| 24 | X | 4/13/2021 | PHOTO- OPEN CAMERA BAG |
| 25 | X | 4/13/2021 | PHOTO- OPEN CAMERA BAG |
| 26 | X | 4/13/2021 | PHOTO- OPEN CAMERA BAG, GUN VISIBLE |
| 27 | X | 4/13/2021 | PHOTO-GUN FROM CAMERA BAG |
| 28 | X | 4/13/2021 | PHOTO-GUN FROM CAMERA BAG W/ SERIAL NUMBER |
| 29 | X | 4/13/2021 | PHOTO-GUN FROM CAMERA BAG W/ LOADED MAGAZINE |
| 30 | X | 4/13/2021 | GUN -GLOCK 10MM |
| 30.1 | X | 4/13/2021 | MAGAZINE |
| 30.2 | X | 4/13/2021 | AMMUNITION |
| 31 | X | 4/13/2021 | PHOTO- REAR HATCH |
| 32 | X | 4/13/2021 | PHOTO- REAR HATCH W/ BOX |
| 33 | X | 4/13/2021 | PHOTO- REAR HATCH W/ BOX |
| 34 | X | 4/13/2021 | PHOTO- BOX W/ NANO PISTOL & MAG |
| 35 | X | 4/13/2021 | NANO PISTOL |
| 36 | X | 4/13/2021 | MAGAZINE |
| 36.1 | X | 4/13/2021 | AMMO |

# CONTINUATION
# EXHIBIT LIST OF PLAINTIFF

**Case No:** **3:19-cr-00003-RRB**                                    **Judge:  RALPH R. BEISTLINE**

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 37 | X | 4/13/2021 | PHOTO-CAMERA |
| 38 | X | 4/13/2021 | PHOTO-CAMERA |
| 38 | X | 4/13/2021 | PHOTO-CAMERA |
| 39.1 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.2 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.3 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.4 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.5 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.6 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.7 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.8 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.9 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.10 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.11 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.12 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.13 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.14 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.15 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.16 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.17 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.18 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.19 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 39.20 | X | 4/13/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 40.1 | X | 4/14/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 40.2 | X | 4/14/2021 | EXCERPTS OF INTERVIEW 12/13/2018 |
| 41.1 | X | 4/14/2021 | EXCERPTS OF INTERVIEW 12/20/2018 |

**CONTINUATION**
**EXHIBIT LIST OF PLAINTIFF**

Page:     7

**Case No:  3:19-cr-00003-RRB**                     **Judge:  RALPH R. BEISTLINE**

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|-----|----|----|------------------------|
| 41.2 | X | 4/14/2021 | EXCERPTS OF INTERVIEW 12/20/2018 |
| 41.3 | X | 4/14/2021 | EXCERPTS OF INTERVIEW 12/20/2018 |
| 41.4 | X | 4/14/2021 | EXCERPTS OF INTERVIEW 12/20/2018 |
| 41.5 | X | 4/14/2021 | EXCERPTS OF INTERVIEW 12/20/2018 |
| 41.6 | X | 4/14/2021 | EXCERPTS OF INTERVIEW 12/20/2018 |
| 41.7 | X | 4/14/2021 | EXCERPTS OF INTERVIEW 12/20/2018 |