IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:19-cr-00003-RRB-MMS |
| Plaintiff, | |
| v. | |
| TRISTAN GRANT, a/k/a "Goo," | |
| Defendant. | |

**WRITTEN ORDER TO EXTEND COMMUNICATION and MOVEMENT RESTRICTIONS ON DEFENDANT**

For the reasons stated in this Order and on the record, the Amended Order [Dkt. 248], Short-Term Restraining Order [Dkt. 249], and Order Clarifying Communication and Movement Restrictions [Dkt. 259] shall continue until the Motion Hearing on the Long-Term No-Contact Order scheduled for **August 6, 2021**. At the request of Mr. Tristan Grant, through counsel, the Motion Hearing on the Long-Term No-Contact Order was continued from June 24 to July 13, from July 13 to July 21, and once again from July 21 to August 6, 2021, for the purpose of allowing defense counsel to review discovery and subpoena witnesses.

THEREFORE, due to Mr. Grant's alleged actions towards the juvenile victim, J.S. and her family, and his continued disregard for the restrictions imposed by this Court, it is hereby **ORDERED** that Mr. Grant's access to the telephone, *out-going* mail, and the Internet are **RESTRICTED** until this Court determines the extent of malfeasance alleged

in the Government's Motion for Temporary Restraining Order, Long-Term No-Contact Order, and to Restrict Communications by the Defendant at Docket 245.

FURTHER IT IS REAFFIRMED that the defendant shall be afforded the opportunity to utilize the law library for review of his discovery to prepare for sentencing, but without interacting with other inmates.

IT IS FURTHER ORDERED the Alaska Department of Corrections shall ensure, and the U.S. Marshals shall verify, that defendant is afforded the opportunity to shower no less than three times per week.

IT IS FURTHER ORDERED that defendant's access to *in-coming* mail from any sender, and his ability to send legal mail to his counsel of record, shall not be restricted beyond ordinary security measures imposed on any inmate.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this 26th day of July, 2021.

        *s/ Matthew M. Scoble*
        United States Magistrate Judge